# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07-803 (RJL) |
| | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| VASTAR RESOURCES, INC., *et al.*, | ) |
| | ) |
| Intervenor-Defendants. | ) |

## MEMORANDUM ORDER
(October ⁊, 2010)

For the reasons set forth by the United States Court of Appeals for the District of Columbia in the July 16, 2010 Opinion, *Jicarilla Apache Nation v. Dep't of the Interior*, 613 F.3d 1112 (D.C. Cir. 2010), it is hereby

**ORDERED** that the Department of the Interior's decision in *Vastar Resources, Inc., et al.*, MMS-98-0131-IND (Mar. 28, 2007) (A.R. Supp. 1-12) ("*Vastar*") be vacated as it applied to the period from January 1984 to February 1988; and it is further

**ORDERED** that the above-captioned action be reversed as it applied to the period from January 1984 to February 1988; and it is further

**ORDERED** that the above-captioned action be remanded to the Department of the Interior for proceedings in according with the judgment of this Court.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge